UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN,

Plaintiff,

– against –

REALNETWORKS, INC., ROBERT GLASER,
BRUCE A. JAFFE, CHRIS JONES, DAWN G.
LEPORE, ERIK PRUSCH, MICHAEL B.
SLADE, *and* TIM WAN,

Defendants.

**ORDER**

22-cv-8440 (ER)

Ramos, D.J.:

Plaintiff filed this case on October 4, 2022.  Doc. 1.  Since then, there has been no activity

in this case.

Plaintiff is advised that "[i]f a defendant is not served within 90 days after the complaint

is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action

without prejudice against that defendant or order that service be made within a specified time."

Fed. R. Civ. P. 4(m) (emphasis added).  Plaintiff is directed to serve the defendants by August 10,

2024.  Failure to do so will result in dismissal.

It is SO ORDERED.

Dated:   July 9, 2024
         New York, New York

_____
Edgardo Ramos, U.S.D.J.